UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

R<small>OBERT</small> C<small>AMPBELL</small>,

    Plaintiff,     Case No. 2:20-cv-95

v.            Honorable Paul L. Maloney

U<small>NKNOWN</small> L<small>A</small>B<small>ELLE</small>,

    Defendant.
_____/

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the opinion entered this day,

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS ALSO ORDERED** that within twenty-eight (28) days hereof, Plaintiff shall pay the $400.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $400.00 filing fee.

Dated: July 9, 2020      /s/   Paul L. Maloney
                Paul L. Maloney
                United States District Judge

**SEND REMITTANCES TO**:

Clerk, U.S. District Court
330 Federal Bldg.
202 W. Washington St.
PO Box 698
Marquette, MI  49855

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**