UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ROBERT CAMPBELL,

                Plaintiff,             Case No. 2:20-cv-95

v.                            Honorable Paul L. Maloney

UNKNOWN LABELLE,

                Defendant.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   September 10, 2020         /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge